JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/19/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JOSE R. SOLANO,<br><br>        Debtor,<br>_____<br>JOSE R. SOLANO,<br><br>        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants.<br>_____ | Case No. CV 17-2158 FMO<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 19th day of June, 2017.

                                                                                                   /s/<br>                                                            Fernando M. Olguin<br>                                                       United States District Judge

cc: Bankruptcy Court and BAP